UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Adams, James Thomas | § | Case No. 09-54939-C |
| Adams, Doris Darlene | § | Chapter 13 |
| Debtors | § | |
| | § | |

## DEBTORS' MOTION TO MODIFY CONFIRMED PLAN AND REQUEST FOR ADDITIONAL COMPENSATION

THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.

IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.

A TIMELY RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.

TO THE HONORABLE BANKRUPTCY JUDGE OF THIS COURT:

The Debtors, James Thomas Adams and Doris Darlene Adams, move the Court for an Order modifying the Chapter 13 Plan, and in support of this motion would show the Court as follows:

The Debtors filed this case on 12/17/2009, and the Court entered the Order confirming the Debtor's Chapter 13 Plan on 3/1/2010.

The Debtors have incurred a tax debt for tax year 2007 with the Internal Revenue Service. Pursuant to §§1328 and 1305(a), the Debtors wish to include this debt to be paid inside their Chapter 13 Plan. The priority debt is owed to the Internal Revenue Service in the amount of $3,602.64, which includes interest of $299.64. This portion of the debt is to be paid as pro-rata. The general, unsecured portion of the debt is the penalty in the amount of $346.82. The debt is to be paid along with the other general, unsecured creditors.

The Chapter 13 Plan, as confirmed, provides for a 100% repayment to unsecured creditors. The percentage repayment to unsecured creditors will be approximately 57% as a result of the addition of the debt.

The Debtors' attorney has not requested post petition fees in this case. There are not any pending applications for fees. The Debtors have incurred additional attorney fees in the amount of $350.00 for the preparation and filing of this motion, service on creditors, and appearance at the hearing on this motion. The Debtors request that the compensation is to be paid by the Chapter 13 Trustee as an administrative priority expense under the Chapter 13 Plan.

Therefore, the Debtors respectfully move the Court for an Order modifying the Chapter 13 Plan and awarding attorney fees in accordance with this motion.

DATED: 6/30/2010

Respectfully submitted,
FLUME & ASSOCIATES
8700 Crownhill Blvd., Suite 502
San Antonio, TX 78209
Telephone: (210) 930-7000
Fax: (210) 820-3207

By: _____
Rick Flume, SBN 22299200
Attorney for debtors

## CERTIFICATE OF SERVICE

The undersigned certifies that, on this date, service of a copy of the attached has been accomplished by **CM/ECF to MARY K. VIEGELAHN, Chapter 13 Trustee**, and by first class mail, postage paid, to the parties in interest listed below and on the attached matrix.

DATED: 6/30/2010

Rick Flume

DEBTORS
James Thomas Adams
Doris Darlene Adams
503 E. Calvert Ave
Karnes City, TX 78118

09-54939-cag Doc#22 Filed 06/30/10 Entered 06/30/10 17:16:56 Main Document Pg 4 of 5

Debtor(s): James Thomas Adams    Case No: 09-54939-C    WESTERN DISTRICT OF TEXAS
Doris Darlene Adams              Chapter: 13            SAN ANTONIO DIVISION

| | | |
|---|---|---|
| American Eagle Outfitters<br>P.O. Box 981064<br>El Paso, TX 79998 | Flume & Associates<br>8700 Crownhill Blvd, Suite 502<br>San Antonio, TX 78209 | Navy FCU<br>P.O. Box 3501<br>Merrifield, VA 22119 |
| American Express<br>P.O. Box 297812<br>Ft. Lauderdale, FL 33329 | Ford Motor Credit<br>National Bankruptcy Service Cen<br>P.O. Box 6275<br>Dearborn, MI 48121 | NCO Financial<br>507 Prudential Rd.<br>Horsham, PA 19044 |
| AT&T Mobility<br>c/o AFNI<br>P.O. Box 3427<br>Bloomington, IL 61702 | GE Money Bank<br>P.O. Box 981127<br>El Paso, TX 79998 | NCO Portfolio<br>c/o GFS Financial Solutions<br>P.O. Box 4865<br>Beaverton, OR 97076 |
| AT&T Mobility<br>P.O. Box 650574<br>Dallas, TX 75265 | Hudson & Keyes, LLC<br>c/o Regent & Assoc.<br>2650 Fountain View Dr. #233<br>Houston, TX 77057 | Sears<br>P.O. Box 6283<br>Sioux Falls, SD 57117 |
| Capital One<br>PO Box 85167<br>Richmond, VA 23285 | IRS / Special Procedures<br>P.O. Box 21126<br>Philadelphia, PA 19114 | U.S. Attorney / IRS<br>601 NW Loop 410, Suite 600<br>San Antonio, TX 78216 |
| Capital One Auto Finance<br>P.O. Box 260848<br>Plano, TX 75026 | IRS / Special Procedures<br>300 E. 8th St<br>Stop 5026 AUS<br>Austin, TX 78701 | U.S. Attorney General<br>Main Justice Bldg., Rm 5111<br>10th & Constitution Ave., NW<br>Washington, DC 20530 |
| Chevron<br>PO Box 2001<br>Concord, CA 94529 | JC Penney<br>P.O. Box 103104<br>Roswell, GA 30076 | Unifund<br>c/o Hull & Assoc. PC<br>6200 Savoy #440<br>Houston, TX 77036 |
| Double Day Book Club<br>P.O. Box 6325<br>Indianapolis, IN 46206 | Karnes County National Bank<br>301 E. Calvert Ave.<br>Karnes City, TX 78118 | United States Attorney Genera<br>Main Justice Bldg., Rm 5111<br>10th & Constitution Ave.,N.W.<br>Washington, D.C. 20530 |
| Exchange Credit Program<br>P.O. Box 650410<br>Dallas, TX 75265 | Karnes County Tax Assessor<br>200 E. Calvert Ave. Ste. 3<br>Karnes City, TX 78118 | United States Attorney/IRS<br>Attn: Gary Wright<br>601 NW Loop 410, #600<br>San Antonio, Texas 78216 |
| First Consumer National Bank<br>c/o Midland Credit Management<br>P.O. Box 12421<br>Oaks, PA 19456 | Karnes County Tax Assessor<br>200 E. Calvert Ave. Ste 3<br>Karnes City, TX 78118 | US Trustee<br>PO Box 1539<br>San Antonio, TX 78295-1539 |

09-54939-cag Doc#22 Filed 06/30/10 Entered 06/30/10 17:16:56 Main Document Pg 5 of 5

Debtor(s): James Thomas Adams
Doris Darlene Adams
Case No: 09-54939-c
Chapter: 13
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Walmart
c/o Asset Acceptance
610 Waltham Way
Sparks, NV 89434